# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PHILADELPHIA ASSOCIATION OF RETAIL DRUGGISTS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX, INC., GOODRX HOLDINGS, INC., CVS CAREMARK CORPORATION, EXPRESS SCRIPTS INC., MEDIMPACT HEALTHCARE SYSTEMS, INC., and NAVITUS HEALTH SOLUTIONS, LLC,<br><br>Defendants. | Case No. 1:24-cv-00508-MSM-LDA |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Philadelphia Association of Retail Druggists, pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(i), hereby voluntarily dismisses this lawsuit in its entirety without prejudice.

Dated: December 20, 2024  Respectfully submitted,

*/s/ Stephen M. Prignano*
Stephen M. Prignano (3649)
**MCINTYRE TATE LLP**
50 Park Row West Suite 109
Providence, RI 02903
(401) 351-7700
sprignano@mcintyretate.com

Gregory S. Asciolla (*pro hac vice*)
Alexander E. Barnett (*pro hac vice*)
Geralyn J. Trujillo (*pro hac vice*)
Jonathan S. Crevier (*pro hac vice*)
John M. Shaw (*pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
gtrujillo@dicellolevitt.com
jcrevier@dicellolevitt.com
jshaw@dicellolevitt.com

Joshua H. Grabar
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen M. Prignano*